**Copyrights-In-Suit for IP Address 98.253.108.215**

**ISP:** Comcast Cable
**Location:** Forest Park, IL

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Girls Fantasy | PA0001819294 | 12/23/2012 | 01/01/2013 | 02/23/2013 |
| A Love Story | PA0001819296 | 12/18/2012 | 12/31/2012 | 02/21/2013 |
| Afternoon Picnic | PA0001826998 | 02/15/2013 | 02/18/2013 | 04/11/2013 |
| Afternoon Snack | PENDING | 02/23/2013 | 02/28/2013 | 03/19/2013 |
| Anneli Leila Menage A Trois | PA0001771662 | 01/13/2012 | 01/17/2012 | 04/12/2013 |
| Backdoor Lover | PA0001785958 | 08/03/2011 | 04/09/2012 | 03/24/2013 |
| Carlie Beautiful Blowjob | PA0001762079 | 03/26/2010 | 11/21/2011 | 02/22/2013 |
| Formidable Beauty | PA0001814785 | 11/17/2012 | 11/19/2012 | 03/28/2013 |
| Fucking Perfection | PA0001789507 | 06/24/2011 | 05/11/2012 | 02/20/2013 |
| Hot Sauna | PA0001780471 | 08/31/2011 | 03/10/2012 | 02/23/2013 |
| Introducing Kaylee | PA0001783646 | 04/01/2012 | 04/03/2012 | 03/22/2013 |
| Kristen Girl Next Door | PA0001762076 | 08/25/2010 | 11/18/2011 | 02/23/2013 |
| Mad Passion | PA0001831083 | 02/28/2013 | 03/12/2013 | 03/19/2013 |
| Miss Me Not | PA0001817763 | 12/11/2012 | 12/16/2012 | 02/23/2013 |
| Miss Perfect | PA0001809284 | 10/01/2012 | 10/07/2012 | 04/11/2013 |
| Mutual Orgasm | PA0001783357 | 03/09/2011 | 03/25/2012 | 02/23/2013 |
| Naughty and Nice | PA0001819290 | 12/25/2012 | 12/31/2012 | 02/20/2013 |
| Ready for Bed | PA0001831199 | 02/24/2013 | 03/07/2013 | 04/10/2013 |
| Show You My Love | PA0001793969 | 02/16/2011 | 04/14/2012 | 02/21/2013 |
| Spur of the Moment | PA0001820192 | 01/07/2013 | 01/08/2013 | 03/28/2013 |
| Still With Me | PA0001813360 | 11/02/2012 | 11/19/2012 | 03/22/2013 |
| The Art of Anal Sex | PA0001776834 | 04/25/2011 | 02/21/2012 | 02/20/2013 |
| The Dorm | PA0001780468 | 09/28/2011 | 03/10/2012 | 02/20/2013 |
| The Foursome | PA0001780470 | 09/15/2011 | 03/10/2012 | 02/23/2013 |
| The Masseuse | PA0001779634 | 11/25/2011 | 03/08/2012 | 02/23/2013 |
| The Rich Girl Part #1 | PA0001780475 | 11/02/2011 | 03/10/2012 | 02/23/2013 |
| The Rich Girl Part #2 | PA0001762808 | 11/16/2011 | 11/30/2011 | 02/23/2013 |
| The Ultimate Blowjob | PA0001776806 | 04/22/2011 | 02/21/2012 | 02/21/2013 |
| Threes Company | PA0001804939 | 08/17/2012 | 08/15/2012 | 03/24/2013 |
| Tiffany Teenagers in Love | PA0001762019 | 12/29/2010 | 11/20/2011 | 03/22/2013 |
| Tori The Endless Orgasm | PA0001762082 | 10/20/2010 | 11/18/2011 | 02/21/2013 |
| Tuesday Morning | PA0001828897 | 02/26/2013 | 03/12/2013 | 03/19/2013 |
| Veronica Wet Orgasm | PA0001762412 | 10/05/2011 | 11/23/2011 | 02/20/2013 |

**Total Malibu Media, LLC Copyrights Infringed: 33**

EXHIBIT B

NIL95