**Expanded Surveillance of IP Address 98.253.108.215**

**ISP:** Comcast Cable
**Location:** Forest Park, IL

| Hit Date UTC | Filename |
|---|---|
| 04/16/2013 | Leila.Anneli.Menage.a.Trois.XArt.2013.FullHD_iyutero.com.mov |
| 04/16/2013 | Corrinne May – Corrinne May |
| 04/14/2013 | Saheb Biwi Aur Gangster Returns 2013 Hindi 720p DvDrip x264...Hon3y |
| 04/13/2013 | Mere Dad Ki Maruti 2013 Hindi 720p HDrip x264...Hon3y |
| 04/12/2013 | Porn Star Spa – Lexi Belle HD 720p |
| 04/11/2013 | VA – Italia Dance Revolution (2006) – Dance [www.torrentazos.com].rar |
| 04/11/2013 | X-Art – Mary, Anneli (Afternoon Picnic) HD 1080P |
| 04/10/2013 | X-Art – Ready for Bed – Lexi Belle [1080p].mp4 |
| 04/10/2013 | Indian Pornstar Nadia Seducing The Casting Agent With Spanish Girl.avi |
| 04/10/2013 | P.O.D.-Testify-2006-uF |
| 04/06/2013 | Murder 3 2013 Hindi 720p DvDRip CharmeLeon SilverRG |
| 04/02/2013 | Aravind 2 (2013) Telugu Movie DVDSCR MP4 – Exclusive |
| 04/01/2013 | Himmatwala – Uyirvani.com.avi |
| 03/31/2013 | 3G – 720p – HDRip – x264 – AC3 [DDR] |
| 03/31/2013 | v22371 – Asa Akira_720.wmv |
| 03/31/2013 | Performers Of The Year 2013 – Asa Akira HD 1080p |
| 03/31/2013 | Tomb.Raider.1+2+3 [GOG] |
| 03/31/2013 | Race 2 (2013) HDRiP 1080p x264 1.5.HD M-Subs |
| 03/31/2013 | Asa.Akira.Blow.Bang.JulesJordan.2012.HD_iyutero.com.mp4 |
| 03/31/2013 | Anal Delights – Asa Akira, Tia Ling.avi |
| 03/31/2013 | Highschool of the Dead |
| 03/31/2013 | Ghost.Adventures.S07E20.Passport.to.Hell.HDTV.XviD-LOL[ettv].avi |
| 03/31/2013 | Prometheus.2012.CAM.READNFO.XViD-26K |
| 03/30/2013 | Combate.Final[DVDrip][www.torrentgo.com] |
| 03/30/2013 | X-Art – Threes Company – Caprice, Anneli [1080p].mp4 |
| 03/30/2013 | x-art_beatrice_formidable_beauty_1080.mp4 |
| 03/30/2013 | RealWifeStories – To Fuck a Stranger – Madison Ivy, Asa Akira XVID |
| 03/30/2013 | X-Art – A Morning to Remember – Silvie Delux [1080p].mov |
| 03/30/2013 | Die Zeit 2007 10.pdf |
| 03/30/2013 | Osprey Ess-003 – The Napoleonic Wars Vol 1 – The Rise Of The Emperor 1805-1807.pdf |
| 03/30/2013 | x-art_mary_anneli_afternoon_picnic_1080-chkm8te.mov |
| 03/30/2013 | X-Art – Spur of the Moment – Ivy [1080p].mov |
| 03/29/2013 | [ www.Torrenting.com ] – The.Big.Bang.Theory.S06E19.720p.HDTV.X264-DIMENSION |
| 03/29/2013 | [ www.Torrenting.com ] – The.Big.Bang.Theory.S06E18.720p.HDTV.X264-DIMENSION |
| 03/26/2013 | X-Art – Caprice-Backdoor Lover.mov |

EXHIBIT C

NIL95

| Hit Date UTC | Filename |
|---|---|
| 03/26/2013 | Caprice.Hailey.Caught.and.Punished.18OnlyGirls.2013.HD_iyutero.com.mp4 |
| 03/26/2013 | XA – 2013-02-12 – Caprice – A Girl Like You |
| 03/26/2013 | Little Caprice – Wake Up And Fuck HD 1080p |
| 03/26/2013 | Little Caprice uniform sex.avi |
| 03/25/2013 | The Attacks of 2611 2013 Hindi Movies HD DVD New Source Sample Included ~ rDX |
| 03/24/2013 | X-Art – Introducing Kaylee – Kaylee [1080p].mov |
| 03/24/2013 | Amazing Indian Chick Hard Fuck.avi |
| 03/24/2013 | Sweet Indian Girl Creampie.avi |
| 03/24/2013 | Indian mature couple enjoying(purely married).flv |
| 03/24/2013 | x-art_kaylee_waterfall_emotions_540.mov |
| 03/24/2013 | X- Art – Kaylee (Still With Me).wmv |
| 03/24/2013 | British Indian Teen Awesome Hard Fuck.avi |
| 03/24/2013 | Svensk modern poesi (friform).rar |
| 03/22/2013 | Defloration.13.02.14.Anna.Zadulo.Hardcore.XXX.1080p.MP4-KTR[rarbg] |
| 03/22/2013 | Dabangg.2.2012.720p.BluRay.nHD.x264-NhaNc3.mkv |
| 03/21/2013 | Defloration-Vika-VirginMassage2-130207.mp4 |
| 03/21/2013 | The.Paperboy.DVDRip.XviD-AXXP.avi |
| 03/21/2013 | X-Art.13.02.24.Lexi.Tyler.Ready.For.Bed.XXX.1080p.MP4-KTR[rarbg] |
| 03/21/2013 | X-Art.13.02.26.Tiffany.F.Tuesday.Morning.XXX.1080p.MOV-KTR[rarbg] |
| 03/21/2013 | X-Art.13.03.01.Kaylee.Mad.Passion.XXX.1080p.MP4-KTR[rarbg] |
| 03/19/2013 | Matru ki Bijlee ka Mandola – Blu-Ray – 1080p – x264 – DTS – [DDR] |
| 03/19/2013 | Matru Ki Bijlee Ka Mandola 2013 Hindi BRRip 720p x264 AAC 5.1...Hon3y |
| 03/16/2013 | Matru ki Bijlee ka Mandola – Blu-Ray – 720p – x264 – AC3 – [DDR] |
| 03/14/2013 | Dexter.S07E06.HDTV.x264-ASAP.mp4 |
| 03/10/2013 | I Me Aur Main [Hindi] 2013 Soundtrack 320kbps CBR MP3 – ViZNU [P2PDL] |
| 03/10/2013 | Mr. Pellikoduku (2013) Telugu Movie PDVD x264 – Exclusive |
| 03/10/2013 | Table No 21 2013 Hindi (Full Movie) MP3 ALBUM 320KBps-WWW.IndianSongsPK.in |
| 03/10/2013 | Inkaar 2013 Hindi (Full Movie) MP3 ALBUM 320KBps-WWW.IndianSongsPK.in |
| 03/10/2013 | Saheb Biwi Aur Gangster Returns [2013-Mp3-320kbps] [Full-Movie-Album]--[CooL GuY] {{a2zRG}} |
| 03/10/2013 | Gangs of Wasseypur – 720p – Blu-Ray – x264 – AC3 – DVD5 [DDR-ExclusivE] |
| 03/10/2013 | Inkaar 2013 Hindi 720p DvDrip x264...Hon3y |
| 03/10/2013 | Okkadine (2013) Telugu Movie PDVD MPEG – Exclusive |
| 03/10/2013 | Matru Ki Bijlee Ka Mandola 2013 Hindi (Full Movie) MP3 ALBUM 320KBps-WWW.IndianSongsPK.in |
| 03/10/2013 | 3G [2013-Mp3-320kbps] [Full-Movie-Album]--[CooL GuY] {{a2zRG}} |
| 03/09/2013 | Dexter.S07E07.720p.HDTV.x264-IMMERSE.mkv |
| 03/09/2013 | Dexter.S07E08.HDTV.x264-ASAP.mp4 |
| 03/09/2013 | Dexter.S07E12.HDTV.x264-ASAP.mp4 |
| 03/05/2013 | Gangs of Wasseypur 2 (2012) BluRay x264 720p mHD [DDR] |
| 03/05/2013 | amarantidis pontoi k indoi.rar |
| 03/05/2013 | Creampie Angels-Collie.XXX.720p.WEB-DL.VC-1.WMA-HDSTaRS.wmv |

EXHIBIT C

NIL95

| Hit Date UTC | Filename |
|---|---|
| 03/02/2013 | Creampie Angels-Anjelica.XXX.720p.WEB-DL.VC-1.WMA-HDSTaRS.wmv |
| 03/01/2013 | Beautiful Teen Amateur Girl Nice Home Fuck.avi |
| 03/01/2013 | The Possession 2012 HDRiP XViD-PSEUDO |
| 03/01/2013 | Creampie Angels – Trinity HD 720p |
| 03/01/2013 | Double.Stuffed.Creampie.Cuties.3.XXX.DVDRip.x264-Pr0nStarS |
| 03/01/2013 | Really Beautiful Russian Girl In Homemade Video [720p].wmv |
| 03/01/2013 | Purzel.Video.Creampie.Young.Girls.2.mp4 |
| 02/27/2013 | Khiladi 786 (2012) – Blu-Ray – x264 – 720p – mHD – [DDR] |
| 02/27/2013 | Student of the Year (2012) – Blu-Ray – x264 – 720p – mHD – [DDR] |
| 02/27/2013 | Table No 21 2013 Hindi 720p HDrip x264...Hon3y |
| 02/25/2013 | [ www.Torrenting.com ] - The.Big.Bang.Theory.S06E17.720p.HDTV.X264-DIMENSION |
| 02/25/2013 | The Chainsmokers Feat Priyanka Chopra – Erase (Original Mix).mp3 |
| 02/23/2013 | X-Art – A Girls Fantasy – Beatrice [1080p].mov |
| 02/23/2013 | [X-Art] Hot Sauna – Malena And Elle [1080p].mov |
| 02/23/2013 | Nip.Tuck.S03E12.WS.DSR.XviD-LOKi.avi |
| 02/23/2013 | Heaven and Earth |
| 02/23/2013 | X-Art – Miss Me Not – Ivana [1080p].mov |
| 02/23/2013 | CFF 21.wmv |
| 02/23/2013 | [X-Art] The Masseuse – Anneli,Ivy [720p].wmv |
| 02/23/2013 | [X-Art] – Every Mans Desire – Victoria And Melanie [1080p] |
| 02/23/2013 | X-Art.Kristen.Girl.Next.Door |
| 02/23/2013 | VA-Freaky_Music_Hot_Tracks_Vol_12_(Midem_2007)-Promo_CD-2007-Noss |
| 02/23/2013 | [X-Art] The Foursome – Maryjane And Presley [720p].wmv |
| 02/23/2013 | X-Art – Abby The Rich Girl [1080p] |
| 02/23/2013 | [X-Art] Mutual Orgasm – Tiffany [720p] |
| 02/23/2013 | [X-Art] The Rich Girl – Part Two – Abby [1080p].mov |
| 02/22/2013 | Mama (2013).DVDRip.XviD.PlayHD.rar |
| 02/22/2013 | X-Art.-.Teenagers.In.Love.-.Tiffany.Thompson |
| 02/21/2013 | [X-Art] – The Ultimate Blowjob – Sam, Marie [1080p] |
| 02/21/2013 | [X-Art] 2010-10-20 Tori – Endless Orgasm [00'06'55] [WMV] [1280px] |
| 02/21/2013 | Sunny.Leone.Erotica.XXX |
| 02/21/2013 | X-Art – A girls fantasy – Beatrice [1080p].mov |
| 02/21/2013 | X-Art – Beautiful Blowjob – Carlie |
| 02/21/2013 | [X-Art] – Show You My love – Mary [1080p].mov |
| 02/21/2013 | X-Art.12.12.18.Gianna.A.Love.Story.XXX.1080p.MOV-KTR[rbg] |
| 02/21/2013 | x_art_gianna_a_love_story_1080.mov |
| 02/20/2013 | College Rules – Studyng Sex HD 720p |
| 02/20/2013 | Louise Hoffsten – Vin av Frihet.wmv |
| 02/20/2013 | x-art_angelica_naughty_and_nice_1080.mov |
| 02/20/2013 | [X-Art] – The Art of Anal Sex – Marie [720p] |
| 02/20/2013 | Amateur Teen Threesome Sex.wmv |

EXHIBIT C

NIL95

| Hit Date UTC | Filename |
|---|---|
| 02/20/2013 | Sunny Leone – Ecstatic Orgasm HD 1080p |
| 02/20/2013 | My First Sex Teacher 29 – porno |
| 02/20/2013 | [X-Art] Wet Orgasm – Veronica [1080p] |
| 02/20/2013 | x-art_angelica_naughty_and_nice_720.wmv |
| 02/20/2013 | X-Art – Sex with Passion – Leila [HD] |
| 02/20/2013 | x – art – Caprice (Fucking Perfection) 720bb.wmv |
| 02/19/2013 | WWE.Smackdown.25.01.2013.Deutsch-GSN.avi |
| 02/18/2013 | Jayantabhai Ki Luv Story ~ Dil Na Jaane Kyun ᴴᴰ 720p Video Song (Niliv) (TmrG) |
| 02/16/2013 | Cameraman Gangatho Rambabu (2012) Telugu Brrip X264 [344 MB] (Niliv) (TMRG) |
| 02/10/2013 | Routine Love Story (2012)-Telugu- Movie-Brrip – x264 – 720p – AC3@PAVAN.mkv |
| 02/09/2013 | Julai (2012) – Brrip – x264 – 720p – AC3 @PAVAN |
| 02/09/2013 | Latest Movies 2012 Telugu Video Songs Bluray 720p AC3 5.1...Hon3y |
| 02/08/2013 | David (2013) Hindi DVDSCR Rip XVID AC3 – xRG |
| 02/07/2013 | Creampie Young Girls #1.mp4 |
| 02/07/2013 | Tokyo-hot – Anal Virgin – Mako Nagase [Uncensored].avi |
| 02/03/2013 | Abella.Anderson.Fuck.You.Cum.Fuck.Me.JulesJordan.2013.HD_iyutero.com.mp4 |
| 02/03/2013 | Creampie Thais – Nong Minno HD 720p |
| 02/01/2013 | Creampie-Angels.13.01.24.Vendula.XXX.720p.WMV |
| 02/01/2013 | Creampie-Angels.13.01.24.Vendula.XXX.720p.WMV-SEXORS |
| 02/01/2013 | MomPov.E123.Carissa.Creampie.XXX.720p.MP4-KTR[rarbg] |
| 01/30/2013 | Luv Shuv Tey Chicken Khurana – Blu-Ray – 720p – x264 – AC3 – [DDR] |
| 01/30/2013 | Khiladi 786 – 720p – HDRip – x264 – AC3 [DDR-ExclusivE] |
| 01/28/2013 | Teen Anal Fantsy – Gorgeous Kira Anal Fuck HD 720p |
| 01/28/2013 | CollegeRules.13.01.10.Truth.Or.Fuck.XXx |
| 01/27/2013 | Zee Cine Awards 2013 Hindi 720p HDrip x264...Hon3y |
| 01/25/2013 | Creampie Angels – Krystyna HD 720p |
| 01/25/2013 | Creampie Angels – Milena HD 720p |
| 01/25/2013 | Creampie-Angels 13 01 20 Polina XXX 720p WMV-iaK |
| 01/25/2013 | YRF Top 50 2012 Hindi Movies Video Songs Bluray 720p x264 DTS...Hon3y |
| 01/21/2013 | Devaraya – 2012 – Telugu – PDVD – x264 – [500MB] – MP4 – RockStar |
| 01/19/2013 | Matru Ki Bijlee ka Mandola 2013 DVDScr Hindi |
| 01/13/2013 | Delhi Safari – DVDRip – XviD – ESubs – 1xCD [DDR] |
| 01/13/2013 | Khiladi 786 (2012) Hindi DVDRip XviD Esubs- Exclusive |
| 01/13/2013 | Table No 21 (2013) 1CD DVDScr XviD MP3 [LEGiON] |
| 01/13/2013 | Matru Ki Bijlee Ka Mandola (2013) Hindi HDCAM MPEG – Exclusive |
| 01/11/2013 | Defloration.12.12.20.Alisa.Gubina.Hardcore.XXX.1080p.MP4-KTR[rbg] |
| 01/10/2013 | Defloration.13.01.03.Laposh.Morda.Solo.XXX.1080p.MP4-KTR[rbg] |
| 01/10/2013 | Ogunanas.Porn.Actor.Audition.XV-1087.Jav.Censored.DVDRip.X264 |
| 01/10/2013 | Creampie-Angels.13.01.06.Jana.XXX.720p.WMV-KTR[rbg] |
| 01/10/2013 | Defloration – Hardcore – Gina Lutaja [720p].avi |
| 01/10/2013 | Defloration – Verka Sudanova HD 720p |

EXHIBIT C

NIL95

| Hit Date UTC | Filename |
| --- | --- |
| 01/09/2013 | Real Amateur Porn 21 .avi |
| 01/09/2013 | Desi Porn Star Riya Hardcore Fuck ( Full HD Video ) |
| 01/09/2013 | Exclusive Teen Porn – Elysee HD 720p |
| 01/06/2013 | The.Big.Bang.Theory.S03.720p.BluRay.x264-SiNNERS |
| 01/06/2013 | The.Big.Bang.Theory.S06E12.720p.HDTV.X264-DIMENSION [PublicHD] |
| 01/05/2013 | Avunu – CAMRip – XviD – 1CDRip |
| 01/05/2013 | All The Best (2012) Telugu Movie DVDRip XviD Msubs – Exclusive |
| 01/05/2013 | The.Big.Bang.Theory.S06E12.HDTV.x264-LOL |
| 01/05/2013 | Jab Tak Hai Jaan – 720p – DVDRip – x264 – AC3 [DDR-ExclusivE] |
| 01/02/2013 | Student of the Year – DVDRip – XviD – 1CDRip – [DDR] |
| 12/29/2012 | Makkhi (2012) ~190Kbps-VBR {$harad} |
| 12/29/2012 | Cocktail – Blu-Ray – 1080p – x264 – DTS – [DDR] |
| 12/29/2012 | Khiladi 786 [2012-MP3-VBR-320Kbps] |
| 12/29/2012 | Race 2 (2013) Exclusice ~ 320 kbps {NILESH} |
| 12/27/2012 | Daruvu (2012) Telugu Movie DVDRip x264 – Exclusive |
| 12/27/2012 | Yeto Vellipoindi Manasu (2012) Telugu Movie DVDScr XviD – Exclusive |
| 12/26/2012 | How.I.Met.Your.Mother.S08E09.HDTV.x264-LOL.[VTV].mp4 |
| 12/26/2012 | How.I.Met.Your.Mother.S08E05.PROPER.HDTV.x264-2HD.[VTV].mp4 |
| 12/26/2012 | Greys.Anatomy.S09E07.HDTV.x264-LOL.mp4 |
| 12/25/2012 | Busstop(2012) PDVD{dustorrents.com} |
| 12/22/2012 | The.Big.Bang.Theory.S06E09.HDTV.XviD-AFG |
| 12/22/2012 | The.Big.Bang.Theory.S06E10.HDTV.XviD-AFG |
| 12/21/2012 | The campaign {2012} x264.Jaybob |
| 12/17/2012 | VA – Bravo Hits Vol.79, 2CD (2012) [FLAC] |
| 12/15/2012 | Routine Love Story (2012) Telugu Movie – HQ – PDVD – MPEG – Exclusive |
| 12/15/2012 | Blood Money 2012 Hindi 720p Dvdrip...AmirFarooqi |
| 12/14/2012 | I'm So Lonesome I Could Cry – Hank Williams |
| 12/05/2012 | Student Of The Year www.tamilhindimovies.com.mkv |
| 12/01/2012 | Dhamarukam (2012)  Telugu Movie HD DVDscr MP4 – Exclusive |
| 12/01/2012 | Thuppakki (2012) Telugu DVDScr x264 – Exclusive |
| 11/26/2012 | How.I.Met.Your.Mother.S08E04.HDTV.x264-LOL.[VTV].mp4 |
| 11/26/2012 | Don 2 – Blu-Ray – 1080p – x264 – DTS – [DDR] |
| 11/26/2012 | How.I.Met.Your.Mother.S08E02.HDTV.x264-LOL.[VTV].mp4 |
| 11/26/2012 | How I Met Your Mother – The Complete Season 7 [HDTV] |
| 11/22/2012 | The Descendants English.DVD (720p) ART3MiS |
| 11/19/2012 | Entourage.S03E02.Ein.Tag.im.St.Fernando.Valley.German.WS.DVDRip.XviD-DELiCiOUS |
| 11/19/2012 | Radha (Student Of The Year) – HD – 720p – [HP].avi |
| 11/19/2012 | OMG Oh My God! – Blu-Ray – 720p – x264 – DTS – [DDR] |
| 11/18/2012 | Heroine 2012 Hindi 720p DvDRip CharmeLeon Silver RG |
| 11/18/2012 | Barfi! 2012 Hindi 720p DvDRip CharmeLeon Silver RG |
| 11/18/2012 | English Vinglish 2012 Hindi 720p HDrip x264...Hon3y |

EXHIBIT C

NIL95

| Hit Date UTC | Filename |
|---|---|
| 11/18/2012 | Cameraman Ganga Tho Rambabu DVDScr x264 - Exclusive |
| 11/18/2012 | OMG Oh My God! 2012 Hindi 720p BRRip CharmeLeon Silver RG |
| 11/13/2012 | The.Big.Bang.Theory.S06E04.720p.HDTV.X264-DIMENSION[DDLValley] |
| 11/13/2012 | The Big Bang Theory S06E06 HDTV x264-LOL[ettv] |
| 11/13/2012 | The Big Bang Theory S06E07 HDTV XviD-TVSR |
| 11/07/2012 | Brothers (2012) 1CD TC Rip XviD MP3 |
| 10/30/2012 | The.Big.Bang.Theory.S06E05.HDTV.XviD-AFG |
| 10/29/2012 | Pornstars.Like.It.Big.15.XXX.DVDRip.XviD-STARLETS |
| 10/27/2012 | Girls Do Porn - 20 Years Old HD 720p |
| 10/27/2012 | Please.Dont.Tell.XXX.DVDRip.XviD-Jiggly.avi |
| 10/27/2012 | Young_Legal_Porn_-_My_First_Exam_2012_1080p_WEB-DL_x264 |
| 10/27/2012 | Teens In Tight Jeans |
| 10/27/2012 | deejayotto - pushplay (promotional mix) |
| 10/27/2012 | 12.10.25.Abella Anderson_PornStarSpa_ImgZilla.mp4 |
| 10/20/2012 | Aiyyaa [2012-Mp3-320kbps] [Full-Movie-Album] [Exclusive]--[CooL GuY] {{a2zRG}} |
| 10/19/2012 | PickupFuck - Beautiful girl in real teens sex - Joana.mp4 |
| 10/19/2012 | Defloration - Hardcore - Durinda Belova [1080p].mp4 |
| 10/19/2012 | MyGF.12.07.24.Madelyn.Marie.Beautiful.Girl.Loves.Sexy.Time.XXX.HR.MP4-KTR |
| 10/18/2012 | OMG! OH MY GOD |
| 10/15/2012 | [www.moviegalaxy.in] Shirin Farhad Ki Toh Nikal Padi DVDRip |
| 10/15/2012 | TeenFilipina.12.06.02.Maybel.Gets.Rumped.XXX.720p.WMV-PR0N0Z |
| 10/07/2012 | ciara_full.wmv |
| 10/06/2012 | ExclusiveTeenPorn - Creampie Action - Alina [720p].wmv |
| 10/02/2012 | Mia.FuckedHard18.2012.HD_iyutero.com.wmv |
| 10/02/2012 | TeenFilipina.12.06.02.Maybel.Gets.Rumped.XXX.720p.wmv |
| 10/02/2012 | Beautiful and skilful lover fuck.avi |
| 10/02/2012 | TeenPornStorage - Young Pussy Fuck - Mira [720p].wmv |
| 10/02/2012 | ExclusiveTeenPorn - College Girl Fuck - Kira [720p].wmv |
| 10/01/2012 | TeenFilipina - Maybel __ 29 june 2012 __ HD 720.wmv |
| 10/01/2012 | Sunny Leone - Blue BeedRoom Fuck |
| 10/01/2012 | Everybody's Fucking.mp4 |
| 09/30/2012 | Rowdy Rathore 2012 BDrip 720P x264 AC3 ESub DDR-Exclusive |
| 09/30/2012 | Microsoft Excel 2010 Advanced Formulas and Functions - Lynda.com |
| 09/30/2012 | Get Excel Training - Fast Track Beginner and Advanced Excel Training Course  + Bonus Outlook Training Couse |
| 09/30/2012 | Cocktail 2012 Hindi 720p DvDRip CharmeLeon Silver RG |
| 09/30/2012 | Teri Meri Kahaani (2012) Upscaled 720P MSubs [DDR-Exclusive] |
| 09/30/2012 | Teri Meri Kahaani 2012 Hindi DvDrip 720p x264...Hon3y |
| 09/29/2012 | KelbyTraining Collection |
| 09/28/2012 | Ultimate.Fuck.Toy.Abella.Anderson.Disc1.XviD-PORNOLATiON |
| 09/27/2012 | How.To.Ass.Fuck.A.Teenager.XXX |
| 09/27/2012 | Tokyo-Hot - Image Play Fuck - Mai Ito [Uncensored].avi |

EXHIBIT C

NIL95

| Hit Date UTC | Filename |
|---|---|
| 09/27/2012 | The Cabin in The Woods (2012)-DvDRip XviD ESub DDR |
| 09/27/2012 | Bol Bachchan [2012] [2 CD] [DvdRip] [x264] [AC-3] -=Sonic=- [ExDT Exclusive] |
| 09/26/2012 | Tokyo-Hot – The Devil Fuck – Marica [Uncensored] |
| 09/26/2012 | Blondes.Fuck.Better.XXX.DVDRip.XviD-UPPERCUT |
| 09/26/2012 | Fuck My Teeny Ass.avi |
| 09/26/2012 | Tease Me Then Fuck Me 5 |
| 09/26/2012 | Ultimate_Fuck_Toy_Abella_Anderson_Disc2_XviD-PORNOLATiON |
| 09/26/2012 | The.Bad.Girls.Club.S09E09.HDTV.XviD-ASAP[ettv] |
| 09/26/2012 | Compliance 2012 NEW SOURCE TS x264 AAC-UNiQUE |
| 09/26/2012 | {www.scenetime.com}One.Car.Too.Far.S01E04.Desert.480p.HDTV.x264-mSD |
| 09/18/2012 | USA Hot Top 40 Singles Chart 22-September-2012 [Bubanee] |
| 09/18/2012 | Alex Clare – Too Close |
| 09/18/2012 | Justin Bieber – Believe (Deluxe Edition) 2012 By bobiras2009 |
| 09/18/2012 | Train – 2012 – California 37 |
| 09/16/2012 | Teen Porn Storage – Rima.wmv |
| 09/16/2012 | Lolita.JK.School Fuck_Moe.Sakura.(DVDRip).mkv |
| 09/16/2012 | X-Art.-.Emma.Mae |
| 09/16/2012 | Tokyo-Hot – Super Lewd Woman – Rino Mizusawa [Uncensored XXX porn movie] |
| 09/14/2012 | Defloration_-_Tais_Afinskaja_Hardcore_HD_720p |
| 09/13/2012 | Ultimate.Fuck.Toy.Abella.Anderson.Jules.Jordan.DvdRip.Disc3.2012_iyutero.com.avi |
| 09/13/2012 | How.to.Ass.Fuck.A.Teenager.XXX.DVDRip.XviD-UPPERCUT |
| 09/13/2012 | Ultimate Fuck Toy- Riley Reid.avi |
| 09/13/2012 | TeenPornStorage-Mira-Young_Pussy_Fuck.wmv |
| 09/13/2012 | Defloration.12.09.06.Svetka.Pionerka.Virgin.Massage.XXX.720p.MP4 |
| 09/11/2012 | Shirin Farhad Ki Toh Nikal Padi (2012) – Full Movie Album – Mp3 Songs – [320kbps] – [Exclusive~~~[CooL GuY] {{a2zRG}} |
| 09/11/2012 | Ek Thaa Tiger- 320 Kbps- {Full Album}- [2012]- NewMp3Club |
| 09/11/2012 | Heroine [2012-Mp3-320kbps]- [Full Movie Album] – [Exclusive]~~~[CooL GuY] {{a2zRG}} |
| 09/11/2012 | Joker (2012) – Mp3 – 320Kbps – CBR – [HP] |
| 09/11/2012 | Kya Super Kool Hain Hum [2012-MP3-VBR-320kbps] – [DM] |
| 09/05/2012 | LetsTryAnal – Beach Bum Fuck – Kaylee Evans [720p].mp4 |
| 09/04/2012 | beautiful girl in home porn.avi |
| 09/04/2012 | Kya Super Kool Hain Hum [2012] [1CD] [Non-Retail] [DvDRip] -=Sonic=- [ExDT Exclusive] |
| 09/04/2012 | Kama Sutra Fuck Fest 2 2012 Dvdrip.avi |
| 09/01/2012 | Teri.Meri.Kahaani.2012.LiMiTED.DVDRip.XviD-OEM[rbg] |
| 08/21/2012 | Isabella.Fuck.My.Big.Ass.3.Scene.2.DoghouseDigital.2012.HD_iyutero.com.mp4 |
| 08/21/2012 | Kira.Gorgeous.Kira.Anal.Fuck.TeenAnalFantasy.TeenPornoPass.2012.HD_iyutero.com.wmv |
| 08/21/2012 | Defloration_-_Durina_Belova_-_Virgin_Massage_HD_720p |
| 08/21/2012 | CasualTeenSex – Blond and Blonde Fuck Hot – Amy [720p].mp4 |
| 08/21/2012 | Lena.Franks.Fuck.Me.Instead.MilfsLikeitBig.08.15.12.HD_iyutero.com.mp4 |
| 08/21/2012 | Ashlynn.Brooke.Eva.Angelina.Jayden.Jaymes.The.Afro.Fuck.BangBrosRemastered.06.10.12.HD_iyutero.com.mp4 |

EXHIBIT C

NIL95

| Hit Date UTC | Filename |
|---|---|
| 08/21/2012 | ExclusiveTeenPorn – Teenage Porn – Margo [720p].wmv |
| 08/19/2012 | Vicky Donor 2012 Hindi 720p DvDRip CharmeLeon Silver RG |
| 08/19/2012 | Bittoo Boss 2012 Hindi DVDRip XviD E-SuB xRG |
| 08/19/2012 | Gangs of Wasseypur 2012 Hindi 720p DvDRip CharmeLeon Silver RG |
| 08/19/2012 | Bol Bachchan 2012 DVDRip XviD-AXXP |
| 08/17/2012 | Lovely (2012) Telugu 720p BRRiP x264 AAC-AMEET6233 (T.M.R.G) |
| 08/08/2012 | Defloration – Durina Belova Virgin Massage HD720p |
| 08/08/2012 | Defloration-Kichi Mejlik (Hardcore) (2012) HDTV |
| 08/08/2012 | Defloration.12.08.03.Ira.Lebedeva.Hardcore.XXX.1080p.MP4-KTR |
| 08/05/2012 | Mercyful Fate – Dynamo 1983 |
| 08/05/2012 | Tower Heist 2012 DVDRip Xvid UnKnOwN |
| 08/05/2012 | Suits S02E07 HDTV x264-COMPULSiON[ettv] |
| 08/05/2012 | Men.in.Black.3.2012.SWESUB.TS.XviD.AC3-Fuvisa |
| 08/05/2012 | Modern Family S03E14 Me Jealous HDTV XviD – LOL [eztv] |
| 08/03/2012 | Defloration-Polina Nakolkina (Hardcore Defloration) (2012) HDTV |
| 08/03/2012 | Defloration.12.07.26.Durina.Belova.Virgin.Massage.XXX.720p.MP4-KTR[rbg] |
| 08/03/2012 | Lily Love – Fuck Strangers HD720p (reshi5531) |
| 07/25/2012 | How I Met Your Mother Season 1, 2, 3, 4, 5, and 6 + Extras DVDRip TSV |
| 07/19/2012 | Rachcha (2012) Telugu DVDRip XviD  Subs – Exclusive |
| 07/19/2012 | www.TamilRockers.net – Endhukante Premanta (2012) [DVD-Scr – Telugu – Xvid – 1CD – 700MB].avi |
| 07/19/2012 | Ishq (2012) – Telugu Movie – HD Rip – 1CD – x264 – AAC – Team MJY |
| 07/18/2012 | Killergram_-_Emily_B_-_Wake_Up_and_Fuck_Me_HD_720p |
| 07/18/2012 | Defloration.12.06.14.Kalinka.Malinka.Solo.XXX.1080p.MP4-KTR |
| 07/18/2012 | Defloration.12.06.28.Lena.Blonden.Solo.XXX.720p.MP4 KTR |
| 07/18/2012 | Defloration_-_Yanka_Tikova_Hardcore_HD_720p |
| 07/17/2012 | Gangs Of Wasseypur (2012) Hindi Movie dvdscr with sample  www.ghunter.co |

EXHIBIT C

NIL95